# MINUTES OF PROCEEDINGS

Supervised Release Violation Hearing __X__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT ~~AKRON~~ Cleveland

Probation Violation Hearing ____

DATE: 9/8/10
JUDGE: DAN A. POLSTER
CASE NUMBER: 1:05cr128
COURT REPORTER: Sue Trischan

UNITED STATES OF AMERICA,
　　　　Plaintiff,
vs.
Rayshawn Ligon
　　　　Defendant.

# MINUTES

## APPEARANCES:

Assistant United States Attorney: Joe Pinjuh
Attorney for the Defendant: Carolyn Kucharski
Probation Officer: Henry Serna

___ The defendant denies the violations and hearing held.
_X_ The defendant waives hearing and admits to violations. 1 - 5
_X_ The Court finds the defendant to be in violation of his/her terms and conditions of supervision.

## SENTENCE:

___ The defendant committed to the custody of the Bureau of Prisons for a period of of _____ months/years.
___ The defendant's term of supervised release is revoked and no further supervision is ordered.
___ The execution of the sentence is deferred and bond continued until _____, on which date the defendant shall report to the Office of the U.S. Marshal or the designated institution prior to 5:00 p.m.

Supervised released temprorarily revoked pending outcome of alleged violation 6.
Status conference 11/16/10 at 11:00 a.m.

15 min
Total Time

Robert Pitts
Courtroom Deputy Clerk