**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:05CR128 |
| Plaintiff, | : | |
| | : | JUDGE DAN A. POLSTER |
| -vs- | : | |
| RAYSHAWN LIGON, | : | **DEFENDANT'S UNOPPOSED** |
| | : | **MOTION TO CONTINUE STATUS** |
| Defendant. | : | **CONFERENCE** |
| | : | |

Defendant Rayshawn Ligon, through counsel, respectfully moves this Honorable Court for an Order continuing the status conference currently scheduled for November 16, 2010, for 60 days. The reason for the request is the supervised release violation in this case contains a new offense and the government has not yet indicted Mr. Ligon. The government has told undersigned counsel that the indictment will be forthcoming. This request is made in the interest of justice and not for needless delay.

Defense counsel has discussed this matter with Assistant United States Attorney Joseph Pinjuh who stated the government has no objection to this motion.

Wherefore, for the reason stated herein, Mr. Ligon respectfully requests that this Court grant this motion.

Respectfully submitted,

*/s/Carolyn M. Kucharski*
CAROLYN M. KUCHARSKI (#0062119)
Assistant Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: carolyn_kucharski@fd.org.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2010, a copy of the foregoing *Defendant's Unopposed Motion to Continue Status Conference* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

>  */s/Carolyn M. Kucharski*
>  CAROLYN M. KUCHARSKI (#0062119)
>  Assistant Federal Public Defender